■ In the Matter of CHRISTOPHER J. MILLER, Appellant, v KATHERINE D. WARREN, Respondent. (Appeal No. 2.) [17 NYS3d 670]—Appeal from an order of the Family Court, Monroe County (Patricia E. Gallaher, J.), entered April 24, 2013 in a proceeding pursuant to Family Court Act article 6. The order denied and dismissed the petition to modify an amended custody order.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Warren v Miller* ([appeal No. 1] 132 AD3d 1352 [2015]). Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ.